UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBIN MCDAVID NOLAN,

    Plaintiff,

v.                                         Case No.: 8:24-cv-2672-SDM-NHA

JUDGE JACK HELINGER, et al.,

    Defendants.
_____/

**<u>ORDER</u>**

I deny Plaintiff's "Motion for Financial Disclosure" (Doc. 39).

It appears that Plaintiff seeks financial information from Judge Jack Hellinger and attorney Kathryn Lynch. Judge Hellinger is no longer a party to this case. *See* Doc. 26, p. 3 (dismissing with prejudice the action against Judge Hellinger); Doc. 43 (second amended complaint not naming Judge Hellinger as a defendant). Lynch is also no longer a party to the case. *See* Doc. 26, p. 3 (dismissing with prejudice the action against Lynch); *but see* Doc. 43 (second amended complaint naming Lynch as a defendant).

Given that they are no longer parties to the case, their financial information appears to be irrelevant and, therefore, improperly sought. *See* Fed. R. Civ. P. 26(b)(1) ("Parties may obtain discovery regarding any

nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case"). Even were the information relevant, however, discovery requests are not made by filing them with the Court. *See* Fed. R. Civ. P. (d)(1)(A) (prohibiting filing discovery requests "until they are used in the proceeding or the court orders filing"). The Court again notes that resources like the Federal Rules of Civil Procedure and the "Litigants Without Lawyers" manual are available on-line at:

- https://www.uscourts.gov/forms-rules/current-rules-practice-procedure/federal-rules-civil-procedure; and

- http://www.flmd.uscourts.gov/litigants-without-lawyers, respectively.

To the extent Plaintiff's motion seeks information about money collected in this case, the Court has received Plaintiff's $405 filing fee. To the extent Plaintiff seeks more information about the law governing the federal court system, Plaintiff may wish to seek legal advice and assistance. The Federal Bar Association offers a Legal Assistance Program, through which Plaintiff can make an appointment to consult with a lawyer for free. To make an appointment, Plaintiff can visit the Clerk's Office on the second floor of the Courthouse or call (813) 301-5400.

NATALIE HIRT ADAMS
UNITED STATES MAGISTRATE JUDGE